# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

| | |
|---|---|
| **JANET SHAULIS,** and **JEWEL ARLENE KEY**, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>**FALCON SUBSIDIARY LLC d/b/a AXISPOINT HEALTH,** a Delaware limited liability company,<br><br>Defendant. | Case No.: 1:18-cv-00293-CMA<br><br>Hon. Christine M. Arguello<br>Magistrate Judge Nina Y. Wang |

## JOINT MOTION FOR FINAL
## APPROVAL OF COLLECTIVE/CLASS ACTION SETTLEMENT
___

Plaintiffs, Janet Shaulis and Jewel Arlene Key, on behalf of themselves and all those similarly situated ("Class Members"), and Defendant, Falcon Subsidiary LLC d/b/a AxisPoint Health, hereby jointly do and will move the Court to grant, pursuant to Federal Rule of Civil Procedure 23, final approval of the Parties' Collective/Class Action Settlement Agreement (the "Settlement") (Dkt. 26-1), and entry of judgment in accordance with the Settlement; and (2) to grant, pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), and section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b), final class certification and collective action designation of the settlement Class certified in the Preliminary Approval Order (Dkt. 27).

Plaintiffs and Defendant make this motion on the grounds that the Settlement was reached after arms-length negotiations by counsel for Plaintiffs and the Class and counsel for Defendant (the "Parties"), is fair and reasonable, has drawn a favorable response from the Class, and should

be given final approval by the Court for all the reasons set forth in the following memorandum in support of the motion.

This motion is based on all the files, records, and proceedings herein, and is supported by the memoranda of law and affidavits filed by counsel.

Dated: September 13, 2018

| | |
|---|---|
| */s/Kevin J. Stoops* | */s/Chris C. Scheithauer* |
| Kevin J. Stoops | Chris C. Scheithauer |
| SOMMERS SCHWARTZ, P.C. | McDERMOTT WILL & EMERY LLP |
| One Towne Square, Suite 1700 | 4 Park Plaza, Suite 1700 |
| Southfield, Michigan 48076 | Irvine, California 92614 |
| (248) 355-0300 | (949) 757-7163 |
| kstoops@sommerspc.com | cscheithauer@mwe.com |
| | |
| *Trial Counsel for Plaintiffs* | *Trial Counsel for Defendant* |
| | |
| | */s/Martine T. Wells* |
| | Erin M. Eiselein, #32165 |
| | Martine T. Wells, #42340 |
| | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| | 410 Seventeenth Street, Suite 2200 |
| | Denver, Colorado 80202 |
| | (303) 223-1100 |
| | eeiselein@bhfs.com |
| | mwells@bhfs.com |
| | |
| | *Trial Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I certify that on September 13, 2018, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

s/ Kevin J. Stoops
kstoops@sommerspc.com

2